Argued and submitted January 30, reversed and remanded February 23, 1981

## METZ SUPPLY, INC.,
### *Appellant,*
*v.*
## ALLEN CARE CENTERS, INC.,
### *Respondent.*

(No. 196404, CA 18672)

623 P2d 1141

George Wittemyer, Portland, argued the cause and filed the brief for appellant.

Michael J. Gentry, Portland, argued the cause for respondent. With him on the brief was Tooze, Kerr, Marshall & Shenker, Portland.

Before Buttler, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

### PER CURIAM

We conclude that plaintiff and defendant entered into a settlement agreement of a prior lawsuit commenced by plaintiff in the circuit court and that the settlement agreement was fully performed, resulting in the dismissal of the circuit court lawsuit. We conclude further that in the event the settlement agreement was not fully performed by defendant, plaintiff has failed to prove its damages with reasonable certainty. Based upon those conclusions, plaintiff was not entitled to recover on its complaint and defendant was not entitled to prevail on its counterclaim.

Accordingly, the judgment for defendant is reversed, and the case is remanded to the trial court for entry of a judgment for defendant on plaintiff's complaint and judgment for plaintiff on defendant's counterclaim.